JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deondre Raglin<br><br>Plaintiff,<br><br>v.<br><br>Expotential Growth Corp. et al<br><br>Defendants. | Case No. CV 22-09316-SPG(SKx)<br><br>ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE<br><br>(PURSUANT TO LOCAL RULE 41) |

On June 28, 2023, the Court issued an Order denying plaintiff's motion for default judgment [ECF No. 18]. Plaintiff was to file an amended complaint within twenty-eight (28) days from the filing of the order or meet its burden establishing this Court's jurisdiction over Defendant. To date plaintiff has not filed the required documents.

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the order of the Court, pursuant to Local Rule 41.

1.

Dated: August 15, 2023

_____
SHERILYN PEACE GARNETT
UNITED STATES DISTRICT COURT JUDGE